**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6546**

KELVIN GERARD MOSS,

        Plaintiff - Appellant,

    v.

TONY MOORE,

        Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  John Preston Bailey, District Judge.  (1:19-cv-00209-JPB-JPM)

Submitted:  November 17, 2022               Decided:  November 23, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin Gerard Moss, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gerard Moss appeals the district court's order and civil judgment awarding Moss $10,000 in damages after entry of a default in his civil action, which was filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's corrected judgment. *Moss v. Moore*, No. 1:19-cv-00209-JPB-JPM (N.D.W. Va. Apr. 12, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*